```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSUE PAGUADA,                                                   :
                                                                 :
                                Plaintiff,                       :
                                                                 :        22 Civ. 1296 (JPC)
                -v-                                              :
                                                                 :        ORDER
CALIFORNIA OLIVE RANCH, INC.,                                    :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 23, 2022, the Court granted the parties' request for extension of time for Defendant to respond to the Complaint until April 12, 2022. Dkt. 6. The April 12, 2022 deadline has passed and the docket does not reflect any response filed by Defendant. Accordingly, it is hereby ORDERED that, by April 15, 2022, Defendant shall either respond to the Complaint or advise the Court as to whether the parties seek an extension of the deadline for Defendant to respond.

SO ORDERED.

Dated: April 13, 2022  
      New York, New York

                                              JOHN P. CRONAN  
                                              United States District Judge